IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FARIDA RAHMAN,** | : | CIVIL NO. 3:24-CV-1615 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **FOSTER TOWNSHIP,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

AND NOW, this 24th day of June 2025, for the reasons set forth in the accompanying Memorandum, the Defendant's motion to dismiss is GRANTED. (Doc. 22).

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
